United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

WENDY JOANNA HERNANDEZ §
CALEL §
§
§
VS. § CIVIL ACTION NO. 5:26-CV-751
§
MARKWAYNE MULLIN *et al.* §

## ORDER

On April 27, 2026, Attorney Melissa M. Henry filed a Motion for Leave to Appear *Pro Hac Vice*. (Dkt. No. 6). In her motion, Ms. Henry seeks to appear *pro hac vice* for the Petitioner in this immigration-related habeas matter. (*Id.* at 1). Ms. Henry represents that she is in good standing and has a pending application for admission to the Southern District of Texas. (*Id.*). Pursuant to the Southern District of Texas' Local Rules, "[a] lawyer who is not admitted to practice before this Court may appear for a party in a case in this Court with the permission of the judge before whom the case is pending by filing a Motion to Appear Pro Hac Vice on the prescribed form." S.D. Tex. L.R. 83.1(I). Ms. Henry has completed and attached the prescribed form to her motion. (*See* Dkt. No. 6-1).

Ms. Henry also requests that the Court waive the local-counsel requirement, explaining that good cause for the waiver exists as the "case is time-sensitive, involves specialized immigration detention law with which counsel is highly familiar, and requiring local counsel would impose unnecessary delay and hardship on Petitioner." (Dkt. No. 6 at 2). However, the Southern District of Texas' Local Rules does not have a local-counsel requirement and waiver is unnecessary.

Accordingly, Ms. Henry's motion is **GRANTED in part** and **DENIED in part.** The Court **DENIES** the motion as Ms. Henry's request to waive the requirement that she associate with local counsel is unnecessary. A separate order **GRANTING** admission to appear *pro hac vice* will follow. The Court emphasizes the importance of carefully reviewing the Southern District of Texas' Local Rules.

IT IS SO **ORDERED**.

**SIGNED** the 28th day of April, 2026.

Christopher dos Santos
United States Magistrate Judge